UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

RENE GONZALEZ AYALA

Petitioner

v.

UNITED STATES OF AMERICA

Respondent

CIVIL NO. 05-1291(DRD)
re: Criminal 97-076(DRD)

Section 2255

# JUDGMENT

For the reasons set forth in our Order of even date, it is hereby adjudged that this petition is DENIED.

SO ORDERED.

In San Juan, Puerto Rico, this 21st day of September, 2005.

                    s/ Daniel R. Domínguez
                    DANIEL R. DOMINGUEZ
                    U.S. DISTRICT JUDGE