# Stratford Career Institute



Washington, DC



This is to Certify that

*Rene Gonzalez Ayala*

Has completed a course of studies in

**Nursing Assistant**

and, in testimony whereof this

**DIPLOMA**

**WITH HIGHEST HONORS**

*is awarded*

In witness whereof we have hereto subscribed our names and affixed the academic seal of the school on this 30th day of April 2004

_____  Registrar

_____  Vice President / Director of Education



Certificate of Excellence

is hereby granted to:

René González

for 9889 hours of outstanding performance and lasting contributions as a

Quality Assurance Inspector

Held at UNICOR Yazoo City
Cut and Sew II
On
November 30, 2007.

Mr. D. White, Quality Assurance Specialist

Mxk K. Escher, Quality Assurance Manager

# CERTIFICATE OF COMPLETION

PRESENTED TO:

## RENE GONZALEZ

Has successfully completed the Course Work for

## JOB APPLICATION/RESUME

Awarded on this 31st day of January 2006.

_____
Tutor

P. Edwards
Ms. P. Edwards
Education Specialist

_____
Mr. G. Bratcher
Supervisor of Education

# CERTIFICATE OF COMPLETION

PRESENTED TO:

## RENE GONZALEZ

Has Successfully completed the Course Work for

## BUDGETING

Awarded on this 2ND day of February 2006.

_____
Tutor

_____
Ms. P. Edwards
Education Specialist

_____
Mr. G. Bratcher
Supervisor of Education

# Certificate Of Achievement

This Certificate is presented to

*Rene Gonzalez*

For demonstrating competence in understanding
and
successfully completing the requirements for

ISO 9001:2000
Internal Quality Auditing

Here at UNICOR Yazoo City Cut and Sew

On January 30, 2007.

_____
K. Escher, Quality Assurance Manager

_____
M. Blow, Associate Warden



The Electronic Consultant

# Certificate of Competence

This is to certify that

## Rene Gonzalez

has been assessed through written question and response and demonstrated competence in understanding the requirements for

## ISO9001:2000 Internal Auditing

*26th June 2007*

Signed _____ Training Manager

**Certificate Ref C4**

The assessor is a Member of the UK Institute of Quality Assurance (MIQA) and has successfully completed both the written examination and continuous assessment in respect of Quality Assurance Auditing—Auditor/Lead Auditor (IRCA Course Registration A2161) and ISO9001:2000 Auditor Transition (IRCA Registration A16332)

Clewers Technologies  Unit 230 Ordnance Business Park, Aerodrome Road, Gosport, PO13 0FG United Kingdom