# Stratford Career Institute



Washington, DC



This is to Certify that

*Rene Gonzalez Ayala*

Has completed a course of studies in

## Nursing Assistant

and, in testimony whereof this

**DIPLOMA**

**WITH HIGHEST HONORS**

*is awarded*

In witness whereof we have hereto subscribed our names and affixed the academic seal of the school on this 30th day of April 2004



Vice President / Director of Education

Registrar

# Certificate of Excellence

Is hereby granted to:

**René González**

for 9889 hours of outstanding performance and lasting contributions as a

**Quality Assurance Inspector**

Held at UNICOR Yazoo City
Cut and Sew II
On
November 30, 2007.

_Mr. D. White, Quality Assurance Specialist_

_Mr. K. Escalier, Quality Assurance Manager_

# CERTIFICATE OF COMPLETION

PRESENTED TO:

## RENE GONZALEZ

Has successfully completed the Course Work for

## JOB APPLICATION/RESUME

Awarded on this 31st day of January 2006.

_P. Edwards_
Ms. P. Edwards
Education Specialist

_Tutor_

_Mr. G. Bratcher_
Supervisor of Education

# CERTIFICATE OF COMPLETION

**PRESENTED TO:**

## RENE GONZALEZ

*Has Successfully completed the Course Work for*

## BUDGETING

*Awarded on this 2ND day of February 2006.*

_____
Tutor

_____
Ms. P. Edwards
Education Specialist

_____
Mr. G. Bratcher
Supervisor of Education

# Certificate Of Achievement

THIS CERTIFICATE IS PRESENTED TO

*Rene Gonzalez*

For demonstrating competence in understanding
and
successfully completing the requirements for

ISO 9001:2000
INTERNAL QUALITY AUDITING

Here at UNICOR Yazoo City Cut and Sew

On January 30, 2007.

*K. Escher*, Quality Assurance Manager

*M. Blow*, Associate Warden

