Lenc Gonzalez
14499-069
FCC Yazoo
P.O. Box 5888
Yazoo City, MS
39194

U.S. District Court of Puerto Rico
Room 150 Federal Bldg.
San Juan, P.R. 00918-1